UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

| | |
|---|---|
| In re PARKCENTRAL GLOBAL LITIGATION | § Civil Action No. 3:09-cv-00765-M <br> § <br> § ECF <br> § |
| This Document Relates To: <br><br> ALL ACTIONS. | § <br> § CLASS ACTION <br> § <br> § <br> § |

**NOTICE OF WITHDRAWAL OF DEBORAH BASH MULLEN
AS A NAMED PLAINTIFF AND PROPOSED CLASS REPRESENTATIVE**

821855_1

Plaintiffs Southern Avenue Partners, L.P., Levine Capital Ltd. and Deborah Bash Mullen, by and through their undersigned counsel, hereby file this Notice of Withdrawal of Deborah Bash Mullen as a named plaintiff and proposed class representative in the above-captioned case and state:

1.   Pursuant to the Court's March 20, 2013 Order, the Motion for Class Certification naming Deborah Bash Mullen is currently due to be filed on April 8, 2013.

2.   Deborah Bash Mullen no longer seeks to serve as named plaintiff or class representative.

3.   This withdrawal is without prejudice to Deborah Bash Mullen's rights as a class member, including *inter alia*, to file a claim against any fund arising out of any recovery.

4.   The class will suffer no prejudice from Deborah Bash Mullen's withdrawal as a proposed class representative since plaintiffs Southern Avenue Partners, L.P. and Levine Capital Ltd. can adequately represent the interests of the class, and the withdrawal in no way affects their rights or the rights of the class.

DATED:  April 1, 2013         ROBBINS GELLER RUDMAN
                                & DOWD LLP
                              JAMES I. JACONETTE
                              FRANCIS A. DIGIACCO


                                    s/ JAMES I. JACONETTE
                                    JAMES I. JACONETTE

                              655 West Broadway, Suite 1900
                              San Diego, CA  92101-3301
                              Telephone:  619/231-1058
                              619/231-7423 (fax)
                              jamesj@rgrdlaw.com
                              fdigiacco@rgrdlaw.com

- 1 -

821855_1

JOEL M. FINEBERG, P.C.
JOEL M. FINEBERG
Texas Bar No. 07008520
STUART L. COCHRAN
Texas Bar No. 24027936
6900 Dallas Parkway, Suite 200
Plano, TX  75024
Telephone:  214/219-8828
214/828-8838 (fax)
jfineberg@fineberglaw.com
scochran@fineberglaw.com

Co-Lead Counsel for Plaintiffs

LEVINGER PC
JEFFREY S. LEVINGER
Texas Bar No. 12258300
1445 Ross Avenue, Suite 2500
Dallas, TX  75202
Telephone:  214/855-6817
214/855-6808
jlevinger@levingerpc.com

Liaison Counsel

- 2 -

CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2013, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 1, 2013.

                                            s/ JAMES I. JACONETTE
                                            JAMES I. JACONETTE

                                            ROBBINS GELLER RUDMAN
                                                      & DOWD LLP
                                            655 West Broadway, Suite 1900
                                            San Diego, CA  92101-3301
                                            Telephone:  619/231-1058
                                            619/231-7423 (fax)

                                            E-mail:  jamesj@rgrdlaw.com

# Mailing Information for a Case 3:09-cv-00765-M

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **William L Banowsky**
  bill.banowsky@tklaw.com,jeannie.paris@tklaw.com,janice.graves@tklaw.com

- **Emily Westridge Black**
  emily.westridge@haynesboone.com,vicki.cook@haynesboone.com,sarah.mallett@haynesboone.com,timothy.newman@haynesboone.com

- **Stuart L Cochran**
  scochran@scochranlaw.com,tdavis@fineberglaw.com,scochran@fineberglaw.com

- **Francis A DiGiacco**
  fdigiacco@rgrdlaw.com,e_file_sd@rgrdlaw.com,susanw@rgrdlaw.com

- **Joel M Fineberg**
  jfineberg@fineberglaw.com,tdavis@fineberglaw.com,lhron@fineberglaw.com

- **Daniel H Gold**
  daniel.gold@haynesboone.com,sharon.lopez-ashby@haynesboone.com

- **James I Jaconette**
  jamesj@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jeffrey S Levinger**
  jlevinger@levingerpc.com

- **Timothy R McCormick**
  timothy.mccormick@tklaw.com,susan.covington@tklaw.com

- **Barry Frank McNeil**
  barry.mcneil@haynesboone.com,willisd@haynesboone.com

- **Ellen A Presby**
  ellenpresby@nemerofflaw.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)