UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

| | |
|---|---|
| In re PARKCENTRAL GLOBAL LITIGATION<br><br>This Document Relates To:<br><br>    ALL ACTIONS. | § Civil Action No. 3:09-cv-00765-M<br>§<br>§ ECF<br>§<br>§ <u>CLASS ACTION</u><br>§<br>§<br>§<br>§ |

**[PROPOSED] ORDER DEEMING DEBORAH BASH MULLEN WITHDRAWN PURSUANT TO HER NOTICE OF WITHDRAWAL OR, IN THE ALTERNATIVE, MOTION FOR VOLUNTARY DISMISSAL AND WITHDRAWAL AS NAMED PLAINTIFF PURSUANT TO RULE 41(a)(2)**

833516_1

Upon consideration of Plaintiffs' Motion For Order Deeming Deborah Bash Mullen Withdrawn Pursuant to Her Notice of Withdrawal or, in the Alternative, Motion for Voluntary Dismissal and Withdrawal as Named Plaintiff Pursuant to Rule 41(A)(2), and for good cause known to the Court,

IT IS HEREBY ORDERED THAT

Deborah Bash Mullen is withdrawn as a named plaintiff.

IT IS SO ORDERED.

DATED: _____   _____
THE HONORABLE BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE