IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SOUTHERN AVENUE PARTNERS LP, et al., | § § § § | |
| Plaintiffs, | § | |
| v. | § § | Civil No. 3:09-CV-765-M-BK |
| STEVEN L. BLASNIK, et al., | § § § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions and Recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Plaintiffs' *Motion for Order Deeming Deborah Bash Mullen Withdrawn* (Doc. 140) is hereby **GRANTED.** The Court instructs the parties that Mullen is deemed withdrawn as a named party in this case upon the filing of her notice of withdrawal, and that said withdrawal is without prejudice to her future participation as an absent class member, should the Court grant class certification.

SO ORDERED this 13th day of September, 2013.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS