UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

| | | |
|---|---|---|
| In re PARKCENTRAL GLOBAL LITIGATION | § § § § § § § § § | Civil Action No. 3:09-cv-00765-M <br><br> ECF <br><br> <u>CLASS ACTION</u> |
| This Document Relates To: <br><br> ALL ACTIONS. | | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

974194_1

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff Southern Avenue Partners, L.P., plaintiff Levine Capital Ltd., and former plaintiff Deborah Bash Mullen (collectively "Plaintiffs") voluntarily dismiss with prejudice all of their claims against all current and former Defendants. Plaintiffs waive any and all appellate rights. All Defendants stipulate to dismissal of this action with prejudice. Other than the exchange of mutual releases, no consideration will be exchanged between the parties. Each party will bear its own costs and attorneys' fees.

Because the proposed class has not been certified, court approval of the dismissal is not required. *See* Fed. R. Civ. P. 23(e) and adv. cmte. notes (2003) (court approval of dismissal only required if a class has been certified).

DATED: October 2, 2014                ROBBINS GELLER RUDMAN
                                        & DOWD LLP
                                      JAMES I. JACONETTE
                                      JAMES A. CAPUTO
                                      FRANCIS A. DIGIACCO
                                      AUSTIN P. BRANE


                                              s/ JAMES I. JACONETTE
                                              JAMES I. JACONETTE

                                      655 West Broadway, Suite 1900
                                      San Diego, CA  92101-3301
                                      Telephone:  619/231-1058
                                      619/231-7423 (fax)
                                      jamesj@rgrdlaw.com
                                      jimc@rgrdlaw.com
                                      fdigiacco@rgrdlaw.com
                                      abrane@rgrdlaw.com

- 1 -

974194_1

|  |  |
|---|---|
|  | JOEL M. FINEBERG, P.C.<br>JOEL M. FINEBERG<br>Texas Bar No. 07008520<br>STUART L. COCHRAN<br>Texas Bar No. 24027936<br>6900 Dallas Parkway, Suite 200<br>Plano, TX  75024<br>Telephone:  214/219-8828<br>214/828-8838 (fax)<br>jfineberg@fineberglaw.com<br>scochran@fineberglaw.com<br><br>Co-Lead Counsel for Plaintiffs<br><br>LEVINGER PC<br>JEFFREY S. LEVINGER<br>Texas Bar No. 12258300<br>1445 Ross Avenue, Suite 2500<br>Dallas, TX  75202<br>Telephone:  214/855-6817<br>214/855-6808<br>jlevinger@levingerpc.com<br><br>Liaison Counsel |
| DATED:  October 2, 2014 | HAYNES AND BOONE, LLP<br>BARRY F. MCNEIL<br>Texas Bar No. 13829500<br>DANIEL H. GOLD<br>Texas Bar No. 24053230<br>EMILY WESTRIDGE BLACK<br>Texas Bar No. 24060815<br><br>        s/ DANIEL H. GOLD (with permission)        <br>             DANIEL H. GOLD<br><br>2323 Victory Avenue, Suite 700<br>Dallas, TX 75219<br>Telephone:  214/651-5000<br>214/651-5940 (fax)<br>barry.mcneil@hayesboone.com<br>daniel.gold@hayesboone.com<br>emily.westridge@hayesboone.com<br><br>Counsel for Defendants |

- 2 -

974194_1

CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 2, 2014.

                                              s/ JAMES I. JACONETTE
                                              JAMES I. JACONETTE

                                              ROBBINS GELLER RUDMAN
                                                        & DOWD LLP
                                              655 West Broadway, Suite 1900
                                              San Diego, CA  92101-8498
                                              Telephone:  619/231-1058
                                              619/231-7423 (fax)

                                              E-mail:  jamesj@rgrdlaw.com

## Mailing Information for a Case 3:09-cv-00765-M

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **William L Banowsky**
  bill.banowsky@tklaw.com,jeannie.paris@tklaw.com,janice.graves@tklaw.com

- **Emily Westridge Black**
  emily.westridge@haynesboone.com,vicki.cook@haynesboone.com,sarah.mallett@haynesboone.com,timothy.newman@haynesboone.com

- **Austin P Brane**
  abrane@rgrdlaw.com,ldeem@rgrdlaw.com

- **James A Caputo**
  jimc@rgrdlaw.com

- **Stuart L Cochran**
  scochran@scochranlaw.com,tdavis@fineberglaw.com

- **Francis A DiGiacco**
  fdigiacco@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Joel M Fineberg**
  jfineberg@fineberglaw.com,tdavis@fineberglaw.com,lhron@fineberglaw.com

- **Daniel H Gold**
  daniel.gold@haynesboone.com,elaine.hadaway@haynesboone.com

- **James I Jaconette**
  jamesj@rgrdlaw.com,e_file_sd@rgrdlaw.com,ldeem@rgrdlaw.com

- **Jeffrey S Levinger**
  jlevinger@levingerpc.com

- **Timothy R McCormick**
  timothy.mccormick@tklaw.com,susan.covington@tklaw.com

- **Barry Frank McNeil**
  barry.mcneil@haynesboone.com,willisd@haynesboone.com

- **Ellen A Presby**
  ellenpresby@nemerofflaw.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`